# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CATIPAY,<br><br>Defendant. | Case No.: 16cr2453-JAH<br><br>**ORDER AMENDING ATTACHMENT A OF RESTITUION ORDER** |

The United States having filed a motion, (Doc. No. 42), to amend Attachment A of the Restitution Order, (Doc. No. 34-1), to reflect the Judgment in the above-captioned case. For good cause shown, IT IS HEREBY ORDERED:

1. The United States' Unopposed Motion to Amend Attachment A of The Restitution Order to Reflect the Judgment is **GRANTED**.

2. Amended Attachment A supersedes and is entered in place of Attachment A of the Restitution Order.

3. The Judgment shall, in all other respects, remain the same and conform to the original Judgment.

**IT IS SO ORDERED.**

DATED: November 18, 2019

JOHN A. HOUSTON
United States District Judge